Appellate Division, Second Department. December 24, 1914.) Action by Della Doherty, as administratrix, etc., of Anthony Doherty, deceased, against Dickson & Turnbull, a corporation.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

DOHNEY, Respondent, v. M. J. RUDOLPH CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by James Dohney against the M. J. Rudolph Company, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

DONOHUE v. MELVIN STABLE CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of Annie Donohue against the Melvin Stable Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

DOONAN et al., Respondents, v. KILLILEA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Daniel Doonan and another against Thomas Killilea and others. No opinion. Motion to dismiss appeal (from 87 Misc. Rep. 427, 149 N. Y. Supp. 832) denied, on condition that the case be placed upon the March calendar, 1915, and that appellant be ready for argument when reached; otherwise, motion granted, with $10 costs.

DOSZTAL, Respondent, v. H. G. KOTTEN CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hellene Dosztal, as administratrix, etc., against the H. G. Kotten Company. G. P. Fall, of New York City, for appellant. Henry Leon Slobodin, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1083.

DOUGHERTY v. NORWICH GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by William E. Dougherty against the Norwich Gas & Electric Company. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1078.

DOYLE, Appellant, v. ATLANTIC STEVEDORING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by John Doyle against the Atlantic Stevedoring Company. No opinion. Motion for reargument (164 App. Div. 160, 149 N. Y. Supp. 802) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

DRAKE et al., Respondents, v. HOWLAND, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Norman T. Drake and another, as executors, etc., of J. E. Howland, deceased, against Fred D. Howland. No opinion. Order affirmed, with $10 costs and disbursements.

DUFFY, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by John F. Duffy, as administrator, etc., of Christopher C. Duffy, deceased, against the Northern Central Railroad Company. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1079.

DULLES–BALDWIN ELECTRIC DRILL CO., Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Dulles-Baldwin Electric Drill Company against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. M. Conboy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re DUNHAM. (Supreme Court, Appellate Division, First Department. November 27, 1914.) In the matter of Henry P. Dunham, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 692.

DUNN, Respondent, v. EPPINGER & RUSSELL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Ann Dunn, as administratrix, etc., of Thomas Dunn, deceased, against the Eppinger & Russell Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUNN v. GENOVESE. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Albert Dunn against Leonardo Genovese. No opinion. Plaintiff's affidavit states that he would prove by defendant that the colliding automobile was owned and operated by the "plaintiff." Defendant denies ownership and operation, it may be because plaintiff conjoined allegation of such ownership and allegation with a charge of negligent collision with plaintiff. Order affirmed, with $10 costs and disbursements.

DUVEEN et al., Appellants, v. SLOANE, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Charles J. Duveen and another against W. & J. Sloane. B. L. Hollander, of New York City, for appellants. H. S. Bacon, of Rochester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EASTERN EMBROIDERY WORKS, Appellant, v. REITMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by

the Eastern Embroidery Works against Samuel Reitman and others, with two other cases. No opinion. Application denied, with $10 costs.

EAST 46TH STREET MILLINERY CO. v. ANDERSON AUCTION CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the East 46th Street Millinery Company against the Anderson Auction Company. No opinion. Application denied, with $10 costs. Order signed.

EDGAR, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Maxwell Edgar against Stuyvesant Fish. D. J. Dowling, of New York City, for appellant. H. Taylor, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1084.

ELECTRIC STORAGE BATTERY CO., Respondent, v. MASON–SEAMAN TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Electric Storage Battery Company against the Mason-Seaman Transportation Company. W. L. Woodward, of New York City, for appellant. J. H. Shaffer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EMERY v. LANGEVIN et al. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by William N. Emery against William Paschal Langevin and another. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the January calendar, 1915, and be ready for argument when reached; otherwise, motion granted, with costs.

In re EMMET. In re EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) In the matter of William T. Emmet, superintendent, etc. In the matter of the Empire State Surety Company. No opinion. Motions granted. Settle orders on notice. See, also, 150 N. Y. Supp. 567.

EMPIRE TRUST CO. v. COLEMAN et al. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by the Empire Trust Company against Charles W. Coleman, as executor and trustee, etc., of Charles Donohue, deceased, and others.

PER CURIAM. As to the question of interest upon the three separate mortgages involved in this action, we think the subject-matter is covered by the decision of the United States Supreme Court in Brown v. Marion National Bank, 18 Sup. Ct. 390, 169 U. S. 416, 42 L. Ed. 801, and that the judgment below (85 Misc. Rep. 312, 147 N. Y. Supp. 740) should be so modified as to provide interest at the legal rate of 6 per cent. on all three mortgages from the date of the beginning of this action, viz., June 24, 1913; the principal sum to be reduced, however, by the amount of $9,129.79, which had been voluntarily relinquished by the plaintiff appellant. As so modified, the judgment is affirmed, with costs to the plaintiff appellant. This modification of the judgment requires a reversal of several findings of fact made in favor of the defendant appellants, and the finding by this court of several requests to find facts and conclusions of law. The order making such reversals and new findings should be settled on notice. Settle order on notice before Mr. Justice CARR.

BURR, J., not voting.

EPSTEIN v. MILLER. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Joseph Epstein against Morris Miller. No opinion. Application denied, with $10 costs. Order signed.

EPSTEIN v. JOHN WANAMAKER, N. Y., et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Annie Epstein against John Wanamaker, New York, and others. No opinion. Motion granted by directing the pleadings and notice of appeal to be printed and annexed to the papers when printed by appellant Wanamaker so that both appeals can be heard together. Settle order on notice.

ERLANGER v. SULLIVAN et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Abraham L. Erlanger against Patrick H. Sullivan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ERNST, Appellant, v. TERMINAL CLEARING HOUSE ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Irving L. Ernst, as trustee, etc., against the Terminal Clearing House Association. H. A. Heiser, of New York City, for appellant. C. E. Thorn, of New York City, for respondent.

PER CURIAM. Judgment (86 Misc. Rep. 295, 149 N. Y. Supp. 181) affirmed, with costs. Order filed.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

ETTLINGER v. KRAMER et al. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Elsie H. Ettlinger against Albert J. Kramer and others. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 159 App. Div. 907, 144 N. Y. Supp. 1115.

FAIRCHILD v. SCARSDALE ESTATES et al. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Josephine M. Fairchild against the Scarsdale Estates and others. No opinion. Order modified, by providing that the deposition be printed as an appendix to the case, if ap-